**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SA CV 21-00006-DOC-(ADSx) | Date | March 29, 2021 |
| Title | William Michael Zielinski, Jr. v. HireRight, Inc., et al. | | |

PRESENT: **HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE**

Kelly Davis
Courtroom Clerk

Debbie Gale
Court Reporter

ATTORNEY PRESENT
FOR PLAINTIFF:

Ainat Kiewe

ATTORNEY PRESENT
FOR DEFENDANT:

Cindy Hanson

**PROCEEDINGS:   SCHEDULING CONFERENCE and MOTION hearing
(Held and Completed)**

  Case called.  Court and counsel confer.  The parties indicate to the Court that the case has settled. The settlement is placed on the record.  The transcript is order sealed.  Notice of Dismissal is due within 48 hours.

: 03

Initials of Deputy Clerk    kd